[No. 19078-8-II.    Division Two.    November 1, 1996.]

TONIA MIRACLE, *Respondent*, v. ROY G. GRIFFIN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-08632-1, Nile E. Aubrey, J., entered December 23, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 19199-7-II.    Division Two.    November 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EVER GARFIAS-CORREA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 94-1-00184-1, Toni A. Sheldon, J., entered February 23, 1995. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 19430-9-II.    Division Two.    November 1, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. KATHRYN WILSON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-04792-4, Sergio Armijo, J., entered April 12, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 19436-8-II.    Division Two.    November 1, 1996.]

DENISE BENNETT, ET AL., *Appellants*, v. GRAYS HARBOR COMMUNITY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 94-2-00957-1, Joel M. Penoyar, J., entered March 23, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.